SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
ASHTON M. BRACKEN, Cal. Bar No. 307940
abracken@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant, Cross-Complainant and Cross-Defendant Capri Urban Baldwin, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FOOT LOCKER, INC. and FOOT LOCKER SPECIALTY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CAPRI URBAN BALDWIN, LLC; PROFESSIONAL SECURITY CONSULTANTS; and DOES 1-10,, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | Case No. CV 18-4275-GW(ASx) <br><br> JUDGE GEORGE H. WU <br><br> **ORDER OF DISMISSAL** |

Pursuant to parties' Notice of Settlement and Stipulation Re Dismissal, and

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this lawsuit (inclusive of all claims and cross-claims by all parties) is HEREBY DISMISSED, with prejudice in its entirety with all parties to bear their own attorneys' fees and other costs of suit.

Dated: December 18, 2018

_____
GEORGE H. WU, U.S. District Judge